| | |
|---|---|
| John M. Newman, Jr. (State Bar No. 54220)<br>jmnewman@jonesday.com<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>Tel: (216) 586-7207<br>Fax: (216) 579-0212<br><br>Attorneys for Defendants | J. Brian McTigue (State Bar No. 87224)<br>bmctigue@mctiguelaw.com<br>McTigue & Veis LLP<br>4530 Wisconsin Avenue, N.W.<br>Suite 300<br>Washington, D.C. 20016<br>Tel: (202) 364-6900<br>Fax: (202) 364-9960<br><br>Attorneys for Plaintiffs |

*E-FILED - 8/16/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRIA L. NOBLEZA, JEROME F. HARBINSON, AND JOHN D. BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S, INC., MACY'S INC. PENSION AND PROFIT SHARING ADMINISTRATIVE COMMITTEE, THE MACY'S INC. BOARD OF DIRECTORS, KAREN M. HOGUET, DAVID W. CLARK, STEPHEN J. O'BRYAN, ROBERT G. ZIMMER, TERRY J. LUNDGREN, MEYER FELDBERG, SARA LEVINSON, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, KARL M. VON DER HEYDEN, CRAIG E. WEATHERUP, MARNA C. WHITTINGTON, WILLIAM STIRITZ, DOE DIRECTOR DEFENDANTS NUMBER 1-25, DOE COMMITTEE DEFENDANTS NUMBER 1-25,<br><br>Defendants. | Case No. C 10-02064 RMW<br><br>STIPULATION AND [XXXXXXXXXXX] ORDER REGARDING DEADLINES FOR OPPOSITION AND REPLY BRIEFS IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>Date: October 1, 2010<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Judge: Hon. Ronald M. Whyte |

The parties have conferred and stipulate to the following:

1. Defendants will file their motion to dismiss on July 19, 2010.

2. Based on prior discussion with Plaintiffs, when Defendants file their motion, they will set the motion for hearing on October 1, 2010 at 9:00 am.

3. Because this hearing date allows for more than 35 days between the motion and the hearing, the Parties have agreed to a briefing schedule different from that required by Local Rule 7-3.

4. Plaintiffs will file their opposition to the motion to dismiss no later than August 20, 2010.

5. Defendants will file their reply in support of the motion to dismiss no later than September 10, 2010.

Date: July 19, 2010

*/s/ John M. Newman*
John M. Newman
Counsel for Defendants

*/s/ J. Brian McTigue*
J. Brian McTigue
Counsel for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED:

*/s/ Ronald M. Whyte*
Honorable Ronald M. Whyte

8/16/10
Date