| | |
|---|---|
| John M. Newman, Jr. (State Bar No. 54220)<br>jmnewman@jonesday.com<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114-1190<br>Tel:  (216) 586-7207<br>Fax:  (216) 579-0212<br><br>Attorneys for Defendants | J. Brian McTigue (State Bar No. 87224)<br>bmctigue@mctiguelaw.com<br>McTigue & Veis LLP<br>4530 Wisconsin Avenue, N.W.<br>Suite 300<br>Washington, D.C. 20016<br>Tel:  (202) 364-6900<br>Fax:  (202) 364-9960<br><br>Attorneys for Plaintiffs |

*E-FILED - 8/17/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRIA L. NOBLEZA, JEROME F. HARBINSON, AND JOHN D. BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S, INC., MACY'S INC. PENSION AND PROFIT SHARING ADMINISTRATIVE COMMITTEE, THE MACY'S INC. BOARD OF DIRECTORS, KAREN M. HOGUET, DAVID W. CLARK, STEPHEN J. O'BRYAN, ROBERT G. ZIMMER, TERRY J. LUNDGREN, MEYER FELDBERG, SARA LEVINSON, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, KARL M. VON DER HEYDEN, CRAIG E. WEATHERUP, MARNA C. WHITTINGTON, WILLIAM STIRITZ, DOE DIRECTOR DEFENDANTS NUMBER 1-25, DOE COMMITTEE DEFENDANTS NUMBER 1-25,<br><br>Defendants. | Case No. C 10-02064 RMW<br><br><br>**STIPULATION AND ORDER REGARDING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT, OPPOSITION, AND REPLY**<br><br>**Date:**         November 5, 2010<br>**Time:**         9:00 a.m.<br>**Courtroom:**  6<br>**Judge:**        Hon. Ronald M. Whyte |

In light of the Amended Complaint filed on August 9, 2010, the parties have conferred and stipulate to the following:

1. Defendants will file their motion to dismiss on September 3, 2010.

2. When Defendants file their motion, they will set the motion for hearing on November 5, 2010 at 9:00 am.

3. Because this hearing date allows for more than 35 days between the motion and the hearing, the Parties have agreed to a briefing schedule different from that required by Local Rule 7-3.

4. Plaintiffs will file their opposition to the motion to dismiss no later than October 4, 2010.

5. Defendants will file their reply in support of the motion to dismiss no later than October 22, 2010.

Date:  August 17, 2010

        /S/ John M. Newman, Jr.
John M. Newman, Jr.
Counsel for Defendants

        /S/
J. Brian McTigue
Counsel for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED:

*Ronald M. Whyte*
Honorable Ronald M. Whyte

8/17/10
Date

STIPULATION REGARDING DEADLINES FOR
MOTION TO DISMISS AMENDED COMPLAINT
C 10-02064 RMW

- 2 -