t

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PATRIA L. NOBLEZA, ET AL., | ) | Case No.: C 10-02064 PVT |
| Plaintiffs, | ) ) | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | ) ) | **[Docket No. 39]** |
| MACY'S, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |

On October 29, 2010, the parties filed a stipulated protective order to govern the disclosure of confidential information and documents in the above-captioned action. Having reviewed the stipulated protective order, the court finds that it fails to include as an exhibit a sample agreement to be bound by the order to be signed by anyone provided access to confidential information. The parties are advised to review the model stipulated protective order for standard litigation located on the court's website <www.cand.uscourts.gov>.

Pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order shall govern the handling of confidential information exchanged or disclosed during discovery in this case.

IT IS SO ORDERED.

Dated:     November 24, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28