| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PATRIA L. NOBLEZA, JEROME F. HARBINSON, AND JOHN D. BURNS, | | Case No. C 10-02064 RMW |
| Plaintiffs, | | |
| v. | | FINAL JUDGMENT |
| MACY'S, INC., MACY'S INC. PENSION AND PROFIT SHARING ADMINISTRATIVE COMMITTEE, THE MACY'S INC. BOARD OF DIRECTORS, KAREN M. HOGUET, DAVID W. CLARK, STEPHEN J. O'BRYAN, ROBERT G. ZIMMER, TERRY J. LUNDGREN, MEYER FELDBERG, SARA LEVINSON, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, KARL M. VON DER HEYDEN, CRAIG E. WEATHERUP, MARA C. WHITTINGTON, WILLIAM STIRITZ, DOE DIRECTOR DEFENDANTS NUMBER 1-25, DOE COMMITTEE DEFENDANTS NUMBER 1-25, | | |
| Defendants. | | |

RONALD M. WHYTE, U.S.D.J.:

Defendants having moved to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and the matter having come before this Court, and this Court,

1 having granted Defendants' motion to dismiss for the reasons stated in the Court's Memorandum
2 Opinion and Order of November 5, 2010, and having granted Plaintiff until November 29, 2010
3 to file an amended complaint, and Plaintiff having not filed an amended complaint on or before
4 November 29, 2010, it is

**ORDERED, ADJUDGED AND DECREED THAT**:

Plaintiff's Amended Complaint is dismissed with prejudice and without costs.

Dated: January 7, 2011

_____
RONALD M. WHYTE
United States District Judge
San Jose, CA